UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAQUELINE LENNON, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 19-10232-ADB |
| BRIGHAM AND WOMENS' HOSPITAL, | * | |
| Defendant. | * | |

ORDER

BURROUGHS, D.J.

Plaintiff Jaqueline Lennon of Medway, Massachusetts, brings this *pro se* action alleging violations of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and seeks damages for injuries allegedly sustained when a former hospital employee improperly accessed Lennon's medical record.

On March 18, 2019, the Court granted plaintiff's request to proceed *in forma pauperis* and advised plaintiff that her complaint was subject to dismissal because there is no private right of action for a violation of HIPAA's confidentiality provisions. The Court directed plaintiff to show cause, in writing, why this action should not be dismissed.

Now before the Court is plaintiff's amended complaint. As in her original complaint, the only statute identified in the amended complaint is HIPPA. Even construing the allegations in the amended complaint in plaintiff's favor, the amended complaint fails to cure the deficiencies noted in the Court's prior order.

Accordingly, and in accordance with the Court's Memorandum and Order dated March 18, 2019, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim on which relief may be granted.

**SO ORDERED.**

May 9, 2019                                             /s/ Allison D. Burroughs
                                                        ALLISON D. BURROUGHS
                                                        U.S. DISTRICT JUDGE